NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000992
11-JAN-2013
09:29 AM**

NO. CAAP-12-0000992

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

FIRST HAWAIIAN BANK, Plaintiff-Appellee, v.
CASSIDY McINTIRE, Defendant-Appellee, and
BRYCE A. ECKLEIN, Real Party in Interest-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0655(2))

ORDER GRANTING THE MOTION TO DISMISS FILED ON JANUARY 3, 2013
(By: Nakamura, C.J., Fujise and Ginoza, JJ.)

Upon consideration of Real Party in Interest-Appellant Bryce A. Ecklein's motion to dismiss the appeal, the papers in support, papers of no opposition, and the files and records herein,

IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted, and the appeal is dismissed. Appropriate requests for fees and costs may be filed as provided under Rule 39 of the Hawaiʻi Rules of Appellate Procedure.

DATED: Honolulu, Hawaiʻi, January 11, 2013.

Chief Judge

Associate Judge

Associate Judge